STEVEN M. MAYER, ESQ. (Bar No. 170548)
MAYER LAW GROUP, A.P.C.
16133 Ventura Blvd., PH-A
Encino, California 91436
Telephone: (818) 528-2858
Facsimile: (818) 514-2728
smayer@MayerLawLA.com

Attorney for Involuntary Debtor
RANDALL TAYLOR

FILED & ENTERED

APR 04 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (LOS ANGELES DIVISION)

| | |
|---|---|
| In re: | Bk. No. 2:15-bk-29445-BR |
| | [Involuntary Chapter 7] |
| RANDALL MITCHELL TAYLOR, | |
| Involuntary Debtor. | **ORDER GRANTING INVOLUNTARY DEBTOR RANDALL TAYLOR'S "MOTION FOR ORDER: (A) DISMISSING INVOLUNTARY PETITION AGAINST RANDALL TAYLOR PURSUANT TO FRCP 12(b)(1) AND 12(b)(6), OR FOR ABSTENTION UNDER 11 U.S.C. 305(a); AND (B) FOR MONETARY SANCTIONS PURSUANT TO 11 U.S.C. §303(i)"** |
| | <u>Hearing</u> |
| | Date: March 29, 2016 |
| | Time: 10:00 a.m |
| | Ctrm: 1668 |
| | U.S. Bankruptcy Court |
| | 221 E. Temple St., Los Angeles, CA 90012 |

1  At the place and time above-stated, there came on for hearing the "Motion for an Order: (A) dismissing the within involuntary petition under Federal Rules of Civil Procedure 12(b)(1), for lack of subject matter jurisdiction, and 12(b)(6), for failure to state a claim under which relief can be granted, or alternatively for abstention under 11 U.S.C. 305(a); and (B) for monetary sanctions, including attorneys' fees and costs, under §303(i)" ("the Motion"), filed by Involuntary Debtor Randall Mitchell Taylor's ("Taylor").

Steven M. Mayer of Mayer Law Group, A.P.C., appeared for Taylor. Petitioning Creditor Stephen Forde appeared in pro se. No other parties appeared.

The Court having considered the Motion and pleadings filed in support thereof, and the pleadings filed in opposition thereto; having heard argument of Mr. Mayer and Mr. Forde; finding that notice was proper; and for good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted;

2. The Court, for the reasons stated on the record, hereby (i) abstains from exercising jurisdiction under 11 U.S.C. §305(a), and (ii) dismisses the within involuntary case; and

3. The dismissal of this case is with a 180-day bar on the filing of another involuntary case against Taylor by Stephen Forde and/or Thomas Brazil without the prior consent of this Court.

###

Date: April 4, 2016

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge